

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-14-00472-CV

**ARC PARKLANE, INC.**,
Appellant

v.

Arvel **SEALS**, Jr.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10177
Honorable Larry Noll, Judge Presiding

# O R D E R

To allow the parties to mediate their dispute, on August 24, 2015, we abated this appeal until October 8, 2015. On September 21, 2015, the parties filed a joint motion to extend the abatement to allow the parties to reset the date for mediation.

The joint motion is GRANTED. We ORDER Appellant to file in this court not later than November 11, 2015, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, Appellant's brief will be due on December 1, 2015.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court